IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JAIME LUIS MATIAS CARRELO
NARA MARIA CANINO SALGADO

Debtor(s)

Case No. 13-08472

Chapter 13

## MOTION TO WITHDRAW STATEMENT OF CURRENT MONTHLY AND DISPOSABLE INCOME

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. Debtors hereby request the withdrawal of Statement of Current monthly and Disposable Income filed in error, because correspond to another debtors. Documents were filed in docket number 3 and correct certificates will be filed as replacement.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above and and order the withrawal of documents filed in error..

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the interested parties using the CM/ECF system.

In Vega Baja, Puerto Rico, this day October 11, 2013

s/ Juan O. Calderon Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
PO BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com