*UNITED STATES BANKRUPTCY COURT*
*District of Puerto Rico*

| In re: <br><br> **JAIME LUIS MATIAS CARRELO** <br> aka JAIME R MATIAS CARRELO, aka JAIME L MATIAS CARRELO, aka JAIME CARRELO, aka JAIME MATIAS CARRELO <br> **NARA MARIA CANINO SALGADO** <br> aka NARA M CANINO SALGADO, aka NARA CANINO SALGADO, aka MARA CANINO SALGADO, aka NARA MARIA AMPARO CANINO SALGADO <br><br> xxx–xx–5942 <br> xxx–xx–7344 <br><br> Debtor(s) | Case No. 13–08472 <br> Chapter 7 <br><br> FILED & ENTERED ON *Tuesday, October 15, 2013* |
|---|---|

**NOTICE OF CHAPTER 7 AND 13 CASE FILING REVIEW AND POSSIBLE DISMISSAL**
[INDIVIDUAL DEBTORS ONLY]

Upon review of your petition, the following documents have not been filed. Failure to file or request an extension within the time period and under the terms of Fed. R. of Bankr. P. 1007(c) and 9006(b)(1) may result in the dismissal of the case. If within forty–five (45) days after the date of the filing of the petition the documents have not yet been filed, it will result in the automatic dismissal of the case as provided in 11 U.S.C. §521(i).

- ☐ SCHEDULES [Official Form B6]
  - ☐ SUMMARY OF SCHEDULES
  - ☐ SCHEDULE A – Real Property
  - ☐ SCHEDULE B – Personal Property
  - ☐ SCHEDULE C – Property Claimed as Exempt
  - ☐ SCHEDULE D – Creditors Holding Secured Claims
  - ☐ SCHEDULE E – Creditors Holding Unsecured Claims
  - ☐ SCHEDULE F – Creditors Holding Unsecured Nonpriority Claims
  - ☐ SCHEDULE G – Executory Contracts and Expired Leases
  - ☐ SCHEDULE H – Codebtors
  - ☐ SCHEDULE I – Current Income of Individual Debtor(s)
  - ☐ SCHEDULE J – Current Expenditures of Individual Debtor(s)
- ☐ Statement of Financial Affairs [Official Form 7] : signed by debtor
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 7 Statement of Current Monthly Income and Means Test Calculation [Official Form B22A]
- ☐ Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation [Official Form B22C]
- ☐ Declaration of Bankruptcy Petition Preparer [Official Form B19B]
- ☐ Exhibit D – Individual Debtor Statement of Compliance with Credit Counseling Requirement ––

Options: ☐ 2 ☐ 3 ☐ 4 or ☐ 5

- ☐ Disclosure of compensation of Attorney for Debtor
- ☒ Other: Certificate of Credit Counseling

*MARIA DE LOS ANGELES GONZALEZ, ESQ.*
Clerk of the Court
By: LORI ANNIE RODRIGUEZ
Deputy Clerk